IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SPENCER MAYHEW, ET AL, *individually and on behalf of all others similarly situated,* ) ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 3:23-cv-2964-DWD |
| vs. ) ) | |
| CANDID COLOR SYSTEMS, INC., ET AL, ) ) ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on September 3, 2025 (Doc. 64), as well as the Stipulation of Dismissal (Doc. 65), this matter is **DISMISSED without prejudice** with each party to bear their own costs as to Defendant Kabance Photo Services, Inc.

Pursuant to the Order entered on August 5, 2024 (Doc. 54), the claims against Defendant Candid Color Systems, Inc. were **DISMISSED without prejudice** for lack of personal jurisdiction.

Accordingly, this case is closed.

**IT IS SO ORDERED.**

DATED: September 4, 2025

                                                  MONICA A. STUMP, Clerk of Court

                                                  *s/ Dana M. Winkeler*
                                                  **Deputy Clerk**

Approved: *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**